

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-21-00079-CR

---

THOMAS ALAN AULD, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 18889

---

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

Our review of the clerk's record and court reporter's record in this matter indicates that such records contain un-redacted "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The clerk's record and volumes one, six, seven, and eight of the reporter's record include the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record and volumes one, six, seven, and eight of the reporter's record contain un-redacted sensitive data, we order the clerk of this Court, or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record and volumes one, six, seven, and eight of the reporter's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: May 18, 2022